# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Tonya R. Smith
Attorney at Law
200 Travis St., Suite 166
Lafayette LA 70503

Judgment on rehearing rendered and mailed to all parties or counsel of record on March 15, 2023

## REHEARING ACTION: March 15, 2023

**Docket Number: 22   00540-CA**

**JOAN MARIE POLLOCK**
**VERSUS**
**MDA CONSULTANTS, L.L.C., ET AL.**

**Appealed from Lafayette Parish Case No. 20214247**

### BEFORE JUDGES:

**Hon. Shannon J. Gremillion**
**Hon. Candyce G. Perret**
**Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joan Marie Pollock** has this day been

   **DENIED.**

cc: Adam Paul Gulotta, Counsel for the Appellee
    Julie Savoy, Counsel for the Appellee